1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIEN CHARTIER
   Special Prosecutor
3  3801 Pegasus Drive
   Bakersfield, CA 93308
4

5
   Special Prosecutor for Plaintiff
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | No. 5:14-cr-00015-JLT

12 |         Plaintiff,                | MOTION TO DISMISS

13 |    v.                             | (Fed.R.Crim.P 48(a))

14 | DAVID THARP,

15 |         Defendant.

16

17     The United States of America, by and through Brien Chartier, Special Prosecutor for the

18 United States Attorney, hereby moves to dismiss the Notice of Violation as to DAVID THARP in

19 the interest of justice. The United States seeks leave of the Court to dismiss this case pursuant to

20 Rule 48(a) for the following reasons.

21     The citing officer, Christopher MASON, has relocated to a new duty station and would be

22 unavailable for trial. Further, an Information was not filed in a timely manner pursuant to 18 USC

23 3161(b). Accordingly, it is in the best interests of justice that this case be dismissed.

24 Dated: May 20, 2015           BENJAMIN B. WAGNER
                                  United States Attorney
25

26                                By:  /s/ BRIEN CHARTIER
                                       BRIEN CHARTIER
27                                     Special Prosecutor

28
                                        1

<u>ORDER</u>

IT IS SO ORDERED.

Dated: **June 1, 2015**               **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE